# First District Court of Appeal
## State of Florida

———————————————

No. 1D2024-2198

———————————————

S.S. and K.M., Parents of W.S.
and B.S., Minor Children,

    Petitioners,

    v.

Florida Department of
Children and Families,

    Respondent.

———————————————

Petition for Writ of Certiorari—Original Proceeding.

December 3, 2024

Per Curiam.

Dismissed.

B.L. Thomas, Winokur, and Tanenbaum, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Sidney L. Matthew of Sidney Matthew, P.A., Tallahassee; William Stephen Black II, Tallahassee, for Petitioners.

Sarah J. Rumph, Children's Legal Services, Tallahassee, for Respondent; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Sarah Todd Weitz, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Guardian ad Litem.